AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>SCOTT RUSSELL DETLOFF<br><br>*Defendant* | Case: 2:11-mj-30477<br>Judge: Unassigned,<br>Filed: 08-29-2011 At 03:58 PM<br>Scott Russell Detloff (ml) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __10/13/2009__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant violated __18__ U.S.C. § __1708, 1344, and 1029__, an offense described as follows:

On or about October 11, 2009, at 06:55 PM, DETLOFF was arrested by Novi, MI Police Department for Possession of Stolen Vehicle/Resisting and Obstructing Police. Search of the vehicle produced mail stolen from businesses in Wixom, MI, eight (8) Ohio Drivers' Licenses depicting the likeness of DETLOFF in the names of Marc Shepherd and Robert Vaughn, twenty-seven (27) pieces of mail addressed to various business in Wixom, MI and twenty-three (23) unopened letters suspected to contain checks. Additionally, four checks were found on the passenger seat of the van, two signed by Robert E Vaughn. In DETLOFF's arrest interview he stated that, when arrested, he was in the process of removing mail from several businesses in the city of Wixom and that he would use information from the stolen mail to manufacture fraudulent checks.

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Van de Putte, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/29/2011__

*Judge's signature*

City and state: __Detroit, MI__     R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Van de Putte, being duly sworn, hereby depose and say:

1. I am a United States Postal Inspector, currently assigned to the Detroit Division Headquarters, and have been so employed since June 16, 2007. I am currently assigned to the Mail Theft and External Crime Team. My duties and responsibilities as a United States Postal Inspector include, but are not limited to, investigating violations of federal law, including 18 U.S.C. 1708 (Possession of Stolen Mail) and 18 U.S.C 1344 (Bank Fraud) and 18 U.S.C. 1029 (Identity Theft).

2. The information contained in this affidavit is based on my training, experience, personal knowledge, observations during the course of this investigation, information provided to me by other law enforcement officers, witnesses, and review of documents and communications with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

3. This affidavit is filed in support of a criminal complaint naming SCOTT RUSSELL DETLOFF, who was involved in a scheme to defraud as outlined below.

4. On or about October 13, 2009, The Inspection Service was contacted by Michael Prough, Detective, Novi Michigan Police Department, regarding a fraudulent check scheme discovered during a vehicle stop executed by the Novi Police Department. The information and evidence subsequently provided to the Inspection Service by Detective Prough included multiple stolen checks, fraudulent Ohio Drivers' Licenses and SCOTT RUSSELL DETLOFF'S (DETLOFF) computers.

5. Prough informed the Inspection Service of the following particulars of his investigation. On or about October 11, 2009, at 06:55 PM, DETLOFF was arrested by the Novi Police Department for Possession of Stolen Vehicle/Resisting and Obstructing Police. Officer Edgar noticed the suspect vehicle in an Industrial Park and since it was a business type van and a Sunday, he decided to run the license plate. The vehicle license plate returned as being reported stolen out of Ohio. Officer Edgar confirmed this information with the Novi dispatch and initiated a felony vehicle stop. Search of the vehicle produced mail that was stolen from businesses in Wixom, MI and several fraudulent Ohio Drivers' Licenses depicting the likeness of DETLOFF. Some of the other items booked into evidence are as follows: Eight (8) Ohio Drivers' Licenses depicting the

likeness of DETLOFF in the names of Marc Shepherd and Robert Vaughn. The license in the name of Marc Shepherd and one of the Robert Vaughn licenses were located on DETLOFF's person in his wallet and the others were located on the front passenger seat of the van. Twenty-seven pieces of mail addressed to various business in Wixom and twenty-three letters that were unopened which were suspected to contain checks. Additionally, four checks found on the passenger seat of the van, and two were signed by Robert E Vaughn.

6. On or about October 12, 2009, Detective Michael Prough was assigned to this investigation. On October 12, 2009, Detective Prough interviewed DETLOFF and during the course of the interview learned the following information:

- DETLOFF was advised his Miranda rights and signed the form and agreed to talk with Detective Prough;
- DETLOFF stated he moved to Michigan in lat May 2009 as he was aware of an outstanding warrant for him with the United States Marshall Service;
- DETLOFF stated that prior to coming into contact with Novi Police Officers, he was in the process of removing mail from several businesses in the city of Wixom and he would use information from the stolen mail to manufacture fraudulent checks;
- On October 12, 2009, Detective Prough obtained consent to search DETLOFF's storage unit which was rented in the name of Marc Shepherd. Upon search, Novi Police found the storage unit to be empty;
- Detective Prough called back to the Novi Police station to attempt to get consent from DETLOFF to search his apartment at 401 Cumberland #303, Howell Michigan. DETLOFF consented to the apartment search as well; and
- Items found upon the consent search of DETLOFF's apartment includes stolen checks, counterfeit checks, blank check/card stock, multiple computers, scanner, card reader/writer, printers and fraudulent Ohio identifications.

7. On October 12, 2009, Detective Prough obtained a verbal consent from DETLOFF to search his apartment located at 401 Cumberland #303, Howell, Michigan. Evidence recovered from the consent search includes the following:

- One box of Versa Check refills;
- Two boxes of check stock;
- 112 Business checks from various companies;
- Sony laptop model PCG-1PIL, serial number A1000008999DAS;

- External hard drive serial number WCAUF3051949;
- Hewlett Packard Office Jet 6000 printer;
- Dell CPU Tower;
- Fargo Pro LX laminator serial number A3170197;
- Hewlett Packard G3110 Scanner;
- Hewlett Packard Laser Jet Printer P1505 serial number VND3B24738;
- Iomega external hard drive serial number 99A90310A4
- Silver MSR406 magnetic strip encoder serial number 4060901040039;
- Compaq laptop computer serial number 3CG830GNTQ
- Three fraudulent Ohio drivers' licenses;
- Handwritten document with various names, dates of births and addresses;
- Blank white card stock;
- Fraudulent Ohio drivers' license in the name of Marvin Reynolds; and
- Twelve fraudulent Ohio drivers' licenses in various names.

8. On or about October 13, 2009, Detective Prough and Inspector Clapper went to the holding cell to interview DETLOFF. During the interview the Inspection Service learned the following information:

- DETLOFF stated he is on federal probation for counterfeit checks;
- DETLOFF stated he served federal time in Sandstone Minnesota for approximately twenty-four months;
- DETLOFF stated he created the counterfeit checks by himself and did not have any co-conspirators;
- DETLOFF stated the federal court he is on probation with is in Columbus Ohio;
- DETLOFF stated he had prior arrests by the Untied States Postal Inspection Service and the United States Secret Service;
- DETLOFF purchased the "Fargo" printer online for approximately $500 - $1,500;
- DETLOFF stated he has a Comerica Bank account in the name of Ray Vaughn; and,
- DETLOFF signed a "consent to search" form for the search of his computers.

9. DETLOFF'S computer obtained during the consent search warrant was reviewed by Deborah Di Cicco, Inspection Service Forensic Computer Analyst. Files containing keywords, "drivers license images," "scanned signatures," "income tax returns," and other possible ID theft

files were recovered.  Versa check files were recovered.  Identification card producing software, along with identification image files, and Fargo software, used to print the cards on a Fargo printer, was also recovered.

10.  The aforementioned facts provide probable cause to believe that during 2010, SCOTT RUSSELL DETLOFF committed Identity Theft in violation of Title 18 U.S.C. 1029 and Possession of Stolen Mail in violation of Title 18 U.S.C. 1708 and Bank Fraud in violation of Title 18 U.S.C. 1344.

_____
Michael A. Van de Putte, United States Postal Inspector


Subscribed and sworn before me this 29th day of August 2011.

_____
R. Steven Whalen
United States Magistrate Judge